Case 4:14-cr-00028-MAC-DDB Document 78 Filed 04/09/14 Page 1 of 4 PageID #: 148

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 0 9 2014

DAVID J. MALAND, CLERK
BY_____
DEPUTY

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Schell |
| DAVID BROWN (1) | § | |
| MORRO ANDERSON (2) | § | |
| MEGAN EVANS (3) | § | |
| LANCE MOORE (4) | § | |
| AVERY GREENE (5) | § | |
| COY BARKER (6) | § | |
| TAMARA LINDQUIST (7) | § | |
| AARON PENNINGTON (8) | § | |
| WADE STARR (9) | § | |
| JONATHAN WADDLE (10) | § | |
| PEGGY WHITE (11) | § | |
| LINDA WILSON (12) | § | |
| MARK HODGES (13) | § | |
| GEORGE PARR (14) | § | |
| JEREMY BROWN (15) | § | |

## FIRST SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about June 2012, and continuously thereafter up to and including April 9, 2014, in the Eastern District of Texas and elsewhere,

**David Brown
Morro Anderson
Megan Evans
Lance Moore
Avery Greene**

                      **Coy Barker**
                **Tamara Lindquist**
              **Aaron Pennington**
                  **Wade Starr**
              **Jonathan Waddle**
                **Peggy White**
                **Linda Wilson**
                **Mark Hodges**
                **George Parr**
              **Jeremy Brown**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## **NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 846, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____ for
ERNEST GONZALEZ
Assistant United States Attorney

April 9, 2014
Date

First Superseding Indictment/Notice of Penalty – Page 3

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Schell |
| DAVID BROWN (1) | § | |
| MORRO ANDERSON (2) | § | |
| MEGAN EVANS (3) | § | |
| LANCE MOORE (4) | § | |
| AVERY GREENE (5) | § | |
| COY BARKER (6) | § | |
| TAMARA LINDQUIST (7) | § | |
| AARON PENNINGTON (8) | § | |
| WADE STARR (9) | § | |
| JONATHAN WADDLE (10) | § | |
| PEGGY WHITE (11) | § | |
| LINDA WILSON (12) | § | |
| MARK HODGES (13) | § | |
| GEORGE PARR (14) | § | |
| JEREMY BROWN (15) | § | |

## Count One

Violation: 21 U.S.C. § 846

Penalty: If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 50 grams or more of methamphetamine (actual) -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00