**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 10 2015

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Crone |
| GEORGE PARR (14) | § | |

## INFORMATION

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 1952(a)(3)
(Interstate and Foreign Travel or
Transportation in Aid of Racketeering
Enterprises)

In or about June 2012, and continuously thereafter up to and including May 14, 2014, in the Eastern District of Texas and elsewhere, **George Parr**, did knowingly and intentionally with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment or carrying on, on any unlawful activity, namely Conspiracy with the Intent to Manufacture and Distribute Methamphetamine in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to distribute the proceeds of such unlawful activity.

In violation of 18 U.S.C. § 1952(a)(3).

Respectfully submitted,

JOHN M. BALES
United States Attorney

_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on March 9, 2015.

_____
ERNEST GONZALEZ

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Crone |
| GEORGE PARR (14) | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 1952(a)(3)

Penalty:   Not more than 5 years, a fine not to exceed $250,000, or both; supervised release of at least three years.

Special Assessment: $100.00

**Information – Page 3**