IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR28 |
| | § | Judge Crone |
| GEORGE PARR (14) | § | |
| | § | |

**NOTICE OF PLEA AGREEMENT**

The United States of America would show the Court that the defendant, **George Parr**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

JOHN M. BALES
United States Attorney

___/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on March 11, 2015.

___/s/_____
ERNEST GONZALEZ