IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Crone |
| GEORGE PARR (14) | § | |

### STATEMENT OF FACTS IN SUPPORT OF PLEA AGREEMENT

The defendant, **George Parr**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1. That the defendant, **George Parr**, who is changing his plea to guilty, is the same person charged in the Information.

2. That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

3. That **George Parr** did knowingly and intentionally with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment or carrying on, on any unlawful activity, that is, Conspiracy with the Intent to Manufacture and Distribute Methamphetamine.

4. That **George Parr**'s role was to help a co-defendant transport illegal drugs from Texas to another state from the unlawful activity described in paragraph 3.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this Statement of Facts and the Information and have discussed them with my attorney. I fully understand the contents of this Statement of Facts and

Statement of Facts – Page 1

agree without reservation that it accurately describes the events and my acts.

Dated: 3-2-15

_____
GEORGE PARR
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this Statement of Facts and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Statement of Facts and the Information.

Dated: 3-2-15

_____
TIM MENCHU
Attorney for the Defendant

Statement of Facts – Page 2