IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Crone |
| COY BARKER (6) | § | |

## STATEMENT OF FACTS IN SUPPORT OF PLEA AGREEMENT

The defendant, **Coy Barker**, hereby stipulates and agrees that at all times relevant to the Second Superseding Indictment herein, the following facts were true:

1. That the defendant, **Coy Barker**, who is changing his plea to guilty, is the same person charged in the Second Superseding Indictment.

2. That the events described in the Second Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Coy Barker** and one or more persons in some way or manner made an agreement to commit the crime charged in the Second Superseding Indictment, to knowingly and intentionally possess with the intent to distribute and dispense at least 5 kilograms but less than 15 kilograms of a mixture or substance containing a detectable amount of methamphetamine or at least 500 grams but less than 1.5 kilograms of methamphetamine (actual).

4. That **Coy Barker** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Coy Barker** knew or it was reasonably foreseeable from jointly undertaken activity that the amount involved during the term of the conspiracy involved

at least ~~15~~ 5 kilograms but less than ~~45~~ 15 kilograms of a mixture or substance containing a detectable amount of methamphetamine or at least ~~1.5 kilograms~~ 500 gm but less than ~~4.5~~ 1.5 kilograms of methamphetamine (actual).

6. That **Coy Barker**'s role in this conspiracy was to supply co-conspirators with ~~kilogram~~ mR. quantities of methamphetamine from various sources which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Statement of Facts and the Second Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Statement of Facts and agree without reservation that it accurately describes the events and my acts.

Dated: 3/18/15

X _____
COY BARKER
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Statement of Facts and the Second Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Statement of Facts and the Second Superseding Indictment.

Dated: 3/18/15

_____
MARK PEREZ
Attorney for the Defendant

Statement of Facts – Page 2