IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Schell |
| TAMARA LINDQUIST (7) | § | |

## FACTUAL BASIS

The defendant, **Tamara Lindquist**, hereby stipulates and agrees that at all times relevant to the Second Superseding Indictment herein, the following facts were true:

1. That the defendant, **Tamara Lindquist**, who is changing her plea to guilty, is the same person charged in the Second Superseding Indictment.

2. That the events described in the Second Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Tamara Lindquist** and one or more persons in some way or manner made an agreement to commit the crime charged in the Second Superseding Indictment, to knowingly and intentionally possess with the intent to distribute and dispense at least 5 kilograms but less than 15 kilograms of a mixture or substance containing a detectable amount of methamphetamine or at least 500 grams but less than 1.5 kilograms of methamphetamine (actual).

4. That **Tamara Lindquist** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Tamara Lindquist** knew that the amount involved during the term of the conspiracy involved at least 5 kilograms but less than 15 kilograms of a mixture or

Factual Basis – Page 1

substance containing a detectable amount of methamphetamine or at least 500 grams but less than 1.5 kilograms of methamphetamine (actual).

6. That **Tamara Lindquist**'s role in this conspiracy was to supply co-conspirators with multi-gram quantities of methamphetamine from various sources which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Second Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 5/6/15

TAMARA LINDQUIST
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Second Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Second Superseding Indictment.

Dated: 5/6/15

RONALD USELTON
Attorney for the Defendant