**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:14cr28(14) |
| | § | |
| GEORGE PARR | § | |

## ORDER

The Court held a hearing on Defendant's Motion Reconsideration of Detention Order (Dkt. 302) on May 12, 2015. The motion is GRANTED, and Defendant will be released on conditions of release pending sentencing.

**SO ORDERED.**
**SIGNED this 16th day of May, 2015.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE