IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN - 2 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Crone |
| MORRO ANDERSON (2) | § | |

## INFORMATION

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Manufacture and Distribute Methamphetamine)

In or about June 2012, and continuously thereafter up to and including May 14, 2014, in the Eastern District of Texas and elsewhere, **Morro Anderson**, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to knowingly and intentionally possess with intent to distribute at least 200 grams but less than 350 grams of a mixture or substance containing a detectable amount of methamphetamine or 20 grams but less than 35 grams of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

Respectfully submitted,

JOHN M. BALES
United States Attorney

/s/
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on March 2, 2015.

/s/
ERNEST GONZALEZ

Information – Page 2

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR24 |
| | § | Judge Crone |
| MORRO ANDERSON (7) | § | |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   If at least 350 grams but less than 500 grams of a mixture or substance containing a detectable amount of methamphetamine or at least 35 grams but less than 50 grams of methamphetamine (actual) -- not less than 5 years and not more 40 years, a fine not to exceed $5 million, or both; supervised release of at least four years.

Special Assessment:   $100.00

Information – Page 3