DATE __7/22/15__  
LOCATION __Plano__  
JUDGE __Don D. Bush__  
DEPUTY CLERK __Toya McEwen__  
COURT REPORTER: __Digital Recording__  
INTERPRETER: _____  
BEGIN __10:56 am__

CASE NUMBER __4:14cr28   MAC/DDB__  
USA __Ernest Gonzalez__ Assigned  
VS __Lesley Brooks,__ Appeared  

KARLY WARREN (22)  
Defendant  

Clint Broden (22)  
Attorney  

*[Filed stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS JUL 22 2015 BY DAVID J. MALAND, CLERK DEPUTY]*

- [x] PLEA TO INFORMATION, Initial Appearance and Arraignment held on Indictment
- [ ] INITIAL APPEARANCE AND PLEA TO INFORMATION
- [x] WAIVER OF INDICTMENT SIGNED

- [x] CASE CALLED    [x] DEFENDANT SWORN    [ ] Hearing held by Interpreter: _____
- [x] Dft appears: [x] with counsel __Clint Broden, (Ret)__

**INITIAL APPEARANCE**

- [ ] Dft  [ ] advised of charges   [ ] advised of maximum penalties   [ ] advised of right to remain silent;
       [ ] advised of right to counsel   [ ] received copy of information

**PLEA TO INFORMATION**

- [x] Defendant to plea guilty to Count (s) __One (1)__ of the Information.
- [x] Defendant signed Consent to Administration of Guilty Plea by United States Magistrate Judge.
- [x] Dft signed Waiver of Indictment.   [ ] Dft signed Waiver of Venue   [ ] Dft signed Waiver of Statute of Limitations
- [x] Consent Form entered into the record.
- [x] Waiver of Indictment form entered into the record.
- [x] AUSA  [ ] Court   stated essential elements.
- [x] Court  [ ] AUSA   stated penalty range.
- [x] Defendant acknowledged understanding the essential elements
- [x] Defendant acknowledged satisfaction with representation of counsel
- [x] Court reviews rights RE: plea of guilty, jury trial and to appeal.
- [x] Court reviews plea agreement with defendant
- [x] Plea Agreement entered into record UNDER SEAL.
- [x] Court reviews [ ] Factual Basis [ ] Statement of Facts [ ] Factual Statement with defendant.
- [x] [ ] Factual Basis [ ] Statement of Facts [ ] Factual Statement entered into the record.
- [x] Addendum entered into the record UNDER SEAL.
- [ ] Defendant is not a citizen of the United States   [ ] Defendant is not a legal permanent resident.
- [ ] Court advised defendant of deportation possibilities.  [ ] Defendant acknowledged understanding deportation possibility.
- [ ] Court advised defendant of requirement to register as sex offender.  [ ] Defendant acknowledged understanding registration requirement.
- [ ] Forfeiture provision explained to Defendant   [ ] Defendant acknowledged understanding forfeiture provision..
- [x] Defendant pleas guilty to __Count One of the Information__
- [x] Court will recommend district court accept plea of guilty.
- [x] Court finds plea is voluntary, knowledgeable and that it has a basis in fact.
- [ ] Defendant remanded to custody of U.S. Marshal.
- [x] Defendant placed on Conditions of Release.

- [ ] Defendant to remain on Conditions of Release based on extraordinary circumstances per the AUSA.
- [ ] 
- [x] Court recessed. 11:07 am