ORIGINAL

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 22 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Crone |
| KARLY WARREN (22) | § | |

## FACTUAL BASIS

The defendant, **Karly Warren**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1. That the defendant, **Karly Warren**, who is changing his plea to guilty, is the same person charged in the Information.

2. That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

3. That a federal felony was committed, to wit: Conspiracy to possess with the intent to distribute 250 grams but less than 350 grams of a mixture or substance containing a detectable amount of methamphetamine or at least 25 grams but less than 35 grams of methamphetamine (actual).

4. That **Karly Warren** had knowledge of the actual commission of the felony.

5. That **Karly Warren** failed to notify an authority as soon as possible. An "authority" includes a federal judge or some other federal civil or military authority, such as a federal grand jury, Drug Enforcement Administration, Secret Service agents or the FBI.

**Factual Basis – Page 1**

6. **Karly Warren** participated in the transportation of currency and failed to notify the proper authorities.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: June 8th 205

KARLY WARREN
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Information.

Dated: 7/22/15

F. CLINTON BRODEN
Attorney for the Defendant

**Factual Basis – Page 2**