IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 3 0 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | No. 4:14CR28 |
| § | Judge Crone |
| LANCE MOORE (4)  § | |

## INFORMATION

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Manufacture and Distribute Methamphetamine)

In or about June 2012, and continuously thereafter up to and including May 14, 2014, in the Eastern District of Texas and elsewhere, **Lance Moore**, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

Information – Page 1

        Respectfully submitted,

        JOHN M. BALES
        United States Attorney

        ____/s/_____
        ERNEST GONZALEZ
        Assistant United States Attorney
        Texas Bar No. 00789318
        101 E. Park Blvd., Suite 500
        Plano, Texas 75074
        (972) 509-1201
        (972) 509-1209 (fax)
        Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on July 29, 2015.

        ____/s/_____
        ERNEST GONZALEZ

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:14CR28<br>Judge Crone |
| LANCE MOORE (4) | § | |

## **NOTICE OF PENALTY**

### **Count One**

<u>Violation</u>:   21 U.S.C. § 846

<u>Penalty</u>:    If 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams of methamphetamine (actual) -- not less than 5 years and not more 40 years, a fine not to exceed $5 million, or both; supervised release of at least four years.

<u>Special Assessment</u>: $100.00

Information – Page 3