**ORIGINAL**



IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Crone |
| JEREMY BROWN (15) | § | |

## FACTUAL BASIS

The defendant, **Jeremy Brown**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1. That the defendant, **Jeremy Brown**, who is changing his plea to guilty, is the same person charged in the Information.

2. That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

3. That **Jeremy Brown** and one or more persons in some way or manner made an agreement to commit the crime charged in the Information, to knowingly and intentionally possess with the intent to distribute and dispense at least 350 grams but less than 500 grams of a mixture or substance containing a detectable amount of methamphetamine or at least 35 grams but less than 50 grams of methamphetamine (actual).

4. That **Jeremy Brown** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Jeremy Brown** knew or it was reasonably foreseeable from jointly undertaken activity that the amount involved during the term of the conspiracy involved

Factual Basis – Page 1

at least 350 grams but less than 500 grams of a mixture or substance containing a detectable amount of methamphetamine or at least 35 grams but less than 50 grams of methamphetamine (actual).

6. That **Jeremy Brown**'s role in this conspiracy was to supply co-conspirators with multi-gram quantities of methamphetamine from various sources which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 6-26-15

JEREMY BROWN
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Information.

Dated: 6/25/11

THOMAS SCOTT SMITH
Attorney for the Defendant

Factual Basis – Page 2