DATE 9/17/15
LOCATION Plano
JUDGE Don D. Bush
DEPUTY CLERK Toya McEwen
COURT REPORTER: Digital Recording
USPO: _____
INTERPRETER _____
BEGIN 12:09 am - 12:16 pm
12:16 pm - 12:26 pm

CASE NUMBER 4:14cr28 MAC/DDB
USA Ernest Gonzalez _____ Assigned
VS G. R. Jackson _____ Appeared

WADE STARR
DEFENDANT
Danny Oliphant, CJA
ATTORNEY

**FILED SEP 17 2015 Clerk, U.S. District Court Texas Eastern**

☐ CHANGE OF PLEA
☐ CHANGE OF PLEA without Plea Agreement

☐ CASE CALLED   ☑ DEFENDANT SWORN   ☐ Interpreter Required.

☐ Dft appeared: ☐ with counsel _____ and signed Consent to Administration of Guilty Plea
☐ Defendant to plea guilty to Count (s) _____ of Indictment
☐ AUSA _____ stated essential elements in the Indictment
☐ Defendant acknowledged understanding the essential elements
☐ Court ☐ AUSA stated range of penalty.
☐ Defendant acknowledged satisfaction with representation of counsel
☐ Court reviewed rights RE: plea of guilty, jury trial and to appeal.
☐ Consent Form entered into the record.
☐ Court reviewed Plea agreement with defendant.
☐ Plea Agreement entered into the record UNDER SEAL.
☐ Court reviewed ☐ Factual Basis ☐ Statement of Facts with defendant.
☐ ☐ Factual Basis ☐ Statement of Facts entered into the record.
☐ Addendum entered into the record UNDER SEAL.
☐ Defendant is not a citizen of the United States   ☐ Defendant is not a legal permanent resident.
☐ Court advised defendant of deportation possibilities. ☐ Defendant acknowledged understanding deportation possibility.
☐ Forfeiture provision explained to Defendant   ☐ Defendant acknowledged understanding forfeiture provision.
☐ Court advised defendant of requirement to register as sex offender. ☐ Defendant acknowledged understanding registration requirement.
☐ Defendant entered plea of guilty to Count _____.
☐ Court will recommend district court accept plea of guilty
☐ Court finds plea is voluntary, knowledgeable and that it has a basis in fact.
☐ Defendant remanded to custody of U.S. Marshal.
☐ Defendant to remain on Conditions of Release

☑ Dft requested to file a motion to dismiss his attorney and he is not going to plea. Court allowed the motion to be filed. Dft remanded to USM

☑ Court recessed. 12:17 Motion filed - copies provided by the courtroom deputy. 12:20 pm - atty excused. 12:24 pm Adjourn