IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR28 |
| | § | Judge Crone |
| JERRY BOSTIC (16) | § | |

## **ELEMENTS OF OFFENSE**

You are charged in Count One of the Information with a violation of 18 U.S.C. § 4, Misprison of a Felony. The essential elements which must be proven in order to establish a violation of that section are:

1. That a federal felony was committed, as charged: conspiracy to possess with the intent to distribute methamphetamine;

2. That you had knowledge of the actual commission of the felony;

3. That you failed to notify an authority as soon as possible. An "authority" includes a federal judge or some other federal civil or military authority, such as a federal grand jury, Drug Enforcement Administration, Secret Service agents or the FBI; and,

4. That you did an affirmative act to conceal the crime, to-wit: did conceal the conspiracy to possess with the intent to distribute methamphetamine; in violation of 18 U.S.C. § 4.

**Elements - Page 1**

Respectfully submitted,

JOHN M. BALES
United States Attorney

\_\_\_/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on September 21, 2015.

\_\_\_/s/_____
ERNEST GONZALEZ

**Elements - Page 2**