IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



SEP. 2 2 2015

Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Crone |
| JERRY BOSTIC (16) | § | |

## INFORMATION

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 4 (Misprison of a Felony)

In or about June 2012, and continuously thereafter up to and including May 14, 2014, in the Eastern District of Texas and elsewhere, **Jerry Bostic**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to-wit, conspiracy to possess with the intent to distribute methamphetamine, did fail to notify some judge or other person in civil or military authority under the United States.

In violation of 18 U.S.C. § 4.

Information – Page 1

Respectfully submitted,

JOHN M. BALES
United States Attorney

_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on Sept 21, 2015.

_____
ERNEST GONZALEZ

Information – Page 2

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR24 |
| | § | Judge Crone |
| JERRY BOSTIC (16) | § | |

## NOTICE OF PENALTY

Violation:   18 U.S.C. § 4

Penalty:   Imprisonment of not more than three years, a fine not to exceed $250,00.00 or twice any pecuniary gain to the defendant or loss to the victim or both, and a term of supervised release of not more than one year.

Special Assessment: $100.00

**Information – Page 3**