**ORIGINAL**

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR28 |
| | § | Judge Crone |
| JERRY BOSTIC (16) | § | |

## FACTUAL BASIS

The defendant, **Jerry Bostic**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1. That the defendant, **Jerry Bostic**, who is changing his plea to guilty, is the same person charged in the Information.

2. That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

3. That a federal felony was committed, to wit: Conspiracy to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual).

4. That **Jerry Bostic** had knowledge of the actual commission of the felony.

5. That **Jerry Bostic** failed to notify an authority as soon as possible. An "authority" includes a federal judge or some other federal civil or military authority, such as a federal grand jury, Drug Enforcement Administration, Secret Service agents or the FBI.

6. **Jerry Bostic** participated in the transportation of currency and failed to notify the proper authorities.

Factual Basis – Page 1

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: Sept. 16th

JERRY BOSTIC
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Information.

Dated: 9-16-15

DAVID KEITH WILLEFORD
Attorney for the Defendant

Factual Basis – Page 2

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | No. 4:14CR28<br>Judge Crone |
| JERRY BOSTIC (16) | § | |

## WAIVER OF INDICTMENT

I, **Jerry Bostic**, the above-named defendant, am accused of conspiracy to possess with intent to distribute methamphetamine in violation of 18 U.S.C. § 4 in the Eastern District of Texas as charged in the Information. Being advised of the nature of the charge, the proposed information, and of my rights. I hereby waive in open court on _____, 2015, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JERRY BOSTIC,
Defendant

_____
DAVID KEITH WILLEFORD,
Attorney for Defendant

BEFORE:

_____
JUDICIAL OFFICER