ORIGINAL



FILED

NOV 1 0 2015

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA     §
                             §
v.                           §        No. 4:14CR28
                             §        Judge Crone
MEGAN EVANS (3)              §

## FACTUAL BASIS

The defendant, **Megan Evans**, hereby stipulates and agrees that at all times

relevant to the Second Superseding Indictment herein, the following facts were true:

1.     That the defendant, **Megan Evans**, who is changing her plea to guilty, is

the same person charged in the Second Superseding Indictment.

2.     That the events described in the Second Superseding Indictment occurred in

the Eastern District of Texas and elsewhere.

3.     That **Megan Evans** and one or more persons in some way or manner made

an agreement to commit the crime charged in the Second Superseding Indictment, to

knowingly and intentionally possess with the intent to distribute and dispense at least 500

grams but less than 1.5 kilograms of a mixture or substance containing a detectable

amount of methamphetamine or at least 50 grams but less than 150 grams of

methamphetamine (actual).

4.     That **Megan Evans** knew the unlawful purpose of the agreement and joined

in it with the intent to further it.

5.     That **Megan Evans** knew or it was reasonably foreseeable from jointly

undertaken activity that the amount involved during the term of the conspiracy involved

**Factual Basis – Page 1**

at least 500 grams but less than 1.5 kilograms of a mixture or substance containing a

detectable amount of methamphetamine or at least 50 grams but less than 150 grams of

methamphetamine (actual).

6.      That **Megan Evans**' role in this conspiracy was to ~~supply~~ *transport* co-conspirators

~~with~~ *to buy* multi-gram quantities of methamphetamine from various sources which would then

be distributed to other co-conspirators and co-defendants during the term of the

conspiracy in the Eastern and Northern Districts of Texas.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.      I have read this Factual Basis and the Second Superseding Indictment and

have discussed them with my attorney.  I fully understand the contents of this Factual

Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 9·29·15          _____
                        MEGAN EVANS
                        Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8.      I have read this Factual Basis and the Second Superseding Indictment and

have reviewed them with my client.  Based upon my discussions with the defendant, I am

satisfied that the defendant understands the Factual Basis and the Second Superseding

Indictment.

Dated: 9/29/15          _____
                        BOBBIE PETERSON CATE
                        Attorney for the Defendant

**Factual Basis – Page 2**