DATE 12/8/2015                          CASE NUMBER 4.14CR028 (17) ALM/CAN

LOCATION Sherman

JUDGE     Christine A. Nowak                USA   Ernest Gonzalez AUSA ____ Assigned

DEPUTY CLERK   Keary Conrad                 VS    Ernest Gonzalez AUSA ____ Appeared

COURT REPORTER: Digital Recording

                                        Alejandro Lopez, ʌ
USPO: Shad Sorman                       _____
INTERPRETER: Not required               Defendant
BEGIN: 9:53am / 9:55am                  Maria Du, CJA
                                        Attorney

---

☑ BOND REVOCATION AND DETENTION HEARING on Violation of Pretrial Release

☐ _____

---

☑   CASE CALLED          ☑ DEFENDANT SWORN        ☐   INTERPRETER SWORN

☑   Government announced ready.

☑   Dft appears: ☑ with counsel Maria Du, CJA        .     ☑   Defendant announced ready.

☐   Govt ORAL Motion to withdraw Petition         ☐Granted ☐Denied

☐   Govt ORAL Motion to withdraw Motion for Detention   ☐ Granted ☐ Denied

☐   Dft ORAL Motion to continue Detention Hearing   ☐ Granted ☐ Denied

☐   **RESET Detention Hrg to:**

☐   Detention Hearing waived and Dft remanded to USMO.

☐   Presumption Case          ☐Conditions of Release entered and Defendant released from custody

☐   _____

☐   Government witnesses:

_____

_____

☐   Defendant witnesses:

_____

_____

**PROCEEDINGS:** Defendant advised not to travel without direct permission
from his pretrial officer

Court determines to ☐ DETAIN_____   ☐ RELEASE_____

☑ ORIGINAL Conditions of Release remain in place and Dft released from custody

☐   Dft remanded to USMO.

☑   Recess 9:55am

☐ See reverse/attached for additional proceedings          _____ Adjourn